UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DIANA PANTELAS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:21-cv-00054-NT |
| | ) | |
| v. | ) | |
| | ) | |
| MENTOR ABI, LLC d/b/a | ) | |
| NEURORESTORATIVE MAINE, | ) | |
| | ) | |
| Defendant | | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate, by and through undersigned counsel, that all claims asserted against Defendant are dismissed with prejudice and without costs to either party.

Dated: December 22, 2021

*s/ Danielle Quinlan*
Danielle Quinlan Bar No. 5480
*Attorney for Plaintiff*
WHITE & QUINLAN, LLC
62 Portland Road, Suite 21
Kennebunk, ME 04043
(207) 502-7484
dquinlan@whiteandquinlan.com

*s/ Shiloh Theberge*
Shiloh Theberge
*Attorney for Defendant*
BERNSTEIN SHUR
100 Middle Street
West Tower
Portland, ME 04101
Stheberge@bernsteinshur.com

## CERTIFICATE OF SERVICE

     I, Danielle Quinlan, hereby certify that on this 21st day of December, 2022, I filed the foregoing Stipulation of Dismissal via the Court's CM/ECF system, which will automatically send a notice of filing to all counsel of record.


Dated: December 22, 2021            */s/ Danielle Quinlan*
                                                  Danielle Quinlan, Me. Bar No.: 5480
                                                  *Attorney for Plaintiff*
                                                  WHITE & QUINLAN, LLC
                                                  62 Portland Road, Suite 21
                                                  Kennebunk, ME 04043
                                                  (207) 502-7484
                                                  dquinlan@whiteandquinlan.com